UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.: 21-2634 (DSD/BRT)

Rose R.-T.,
on behalf of J.A.G.,

    Plaintiff,

v.                                      **ORDER**

Kilolo Kijakazi,
Acting Commissioner of Social Security,

    Defendant.

This matter is before the court upon the report and recommendation of United States Magistrate Judge Becky R. Thorson dated October 4, 2022 (R&R). No objections have been filed to the R&R in the time period permitted.

Accordingly, based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

    1.    The R&R [ECF No. 22] is adopted in its entirety;

    2.    Plaintiff's motion for summary judgment [ECF No. 17] is granted in part;

    3.    Defendant's motion for summary judgment [ECF No. 19] is denied; and

4. This matter is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C § 405(g) (sentence four), consistent with this Report and Recommendation; and

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 31, 2022

/s David S. Doty
David S. Doty, Judge
United States District Court